UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12 CR 375 CDP |
| | ) | |
| REGINALD FARMER, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the Court will hold a hearing on the criminal information as required by 21 U.S.C. § 851(c) on **Tuesday, July 24, 2013 at 2:00 p.m.** in Courtroom 14-South.

**IT IS FURTHER ORDERED** that the sentencing in this matter is set for **Tuesday, September 3, 2013 at 2:00 p.m.** in Courtroom 14-South. All Objections to the presentence report must be filed no later than **August 13, 2013.** If testimony is expected counsel must notify the court at least one week before sentencing.

**IT IS FURTHER ORDERED** that the parties must file any sentencing memoranda no later than **August 21, 2013** except that a response to a sentencing memorandum may be filed no later than **August 23, 2013.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of June, 2013.